**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL CASE NUMBER: 3:26MJ-00628-LLK**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**

**BRANDON KAPFHAMMER**                                          **DEFENDANT**
**a/k/a BRANDON HISER**

---

### ORDER FOLLOWING INITIAL APPEARANCE

The above-styled case came before the Honorable Lanny King, United States Magistrate Judge, via video teleconference, on July 16, 2026, for an initial appearance on a Criminal Complaint and Affidavit in Support filed in the Eastern District of Pennsylvania, with Case Number 26-mj-1352.

The defendant was present, in custody, and appeared via video teleconference from the Oldham County Detention Center.  Assistant United States Attorney Joshua D. Judd was present, via video teleconference, on behalf of the United States.  Angela M. Rea, Federal Defender, was present, via video teleconference, and on standby in anticipation of her office's appointment. The proceedings were digitally recorded.

The Court advised the defendant of his right to have this hearing held in person rather than through video teleconference.  The defendant acknowledged he understood this right and consented to proceed via video teleconference.

At the initial appearance, the defendant was advised of his constitutional rights pursuant to Rule 5 of the Federal Rules of Criminal Procedure, including his right to court appointed counsel.  The defendant acknowledged he understood these rights as explained to him.  The defendant requested court appointed counsel as he is without sufficient financial resources with which to retain counsel.  Upon questioning the defendant under oath, the Court determined that the defendant qualified for counsel pursuant to 18 U.S.C. § 3006A.

**IT IS HEREBY ORDERED** the **Federal Defender's Office** in the Western District of Kentucky is **<u>appointed</u>** to represent the defendant for the proceedings in this district only.  The defendant will need to request court appointed counsel whenever he appears before the Court in the Eastern District of Pennsylvania.

The defendant acknowledged his identity and receipt of a copy of the Criminal Complaint and Affidavit.  The Court advised the defendant of the offenses that he is charged with in the Criminal Complaint and a summary of the allegations

At the hearing, the Assistant United States Attorney, the defendant, and the defendant's counsel were advised that pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so.  Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

As to the matter of detention, counsel for the United States moved for the defendant's detention pursuant to 18 U.S.C. § 3142(f)(2).

The defendant, through counsel, waived his right to an identity hearing and production of the warrant.  Both waivers were accepted by the Court.  The defendant, through counsel, requested a preliminary hearing and detention hearing be held in this district.

**IT IS HEREBY ORDERED** that the preliminary hearing and detention hearing shall be held contemporaneously with each other before Magistrate Judge Colin H. Lindsay for **Friday, July 17, 2026, at 2:00 p.m. Eastern Time**, at the United States District Court in Louisville, Kentucky.

**IT IS HEREBY ORDERED** the defendant is **remanded** to the custody of the United States Marshal pending the scheduled hearings in this district.

July 17, 2026

**Lanny King, Magistrate Judge**
**United States District Court**

C: AUSA Joshua D. Judd
   Federal Defender
   United States of Probation
   United States Marshal

P:0/15
LLK-mhb