# United States District Court
## Western District of Kentucky
## at Louisville

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**VS.**                                **CRIMINAL ACTION NUMBER: 3:26-MJ-628-LLK**

**BRANDON KAPFHAMMER**                                                   **DEFENDANT**

## ORDER

This matter was called July 16, 2026, for a preliminary and detention hearing on a Complaint from the Eastern District of Pennsylvania (Case Number 26-mj-1352).   Assistant United States Attorney Josh Judd appeared on behalf of the United States.   The defendant appeared, in custody, with Don Meier, Assistant Federal Defender, appointed counsel. The proceeding was digitally recorded.

The defendant, through counsel, elected to waive his right to a preliminary hearing.   The defendant, through counsel, elected to waive his right to a detention hearing in this district and requested that the detention hearing be held in the charging district.   Accordingly,

**IT IS HEREBY ORDERED** that the defendant is remanded to custody of United States Marshals Service pending transport to the Eastern District of Pennsylvania.

July 20, 2026

Colin H Lindsay, Magistrate Judge
United States District Court

cc:   counsel, USM-WKDY, USDC EDPA

:03